# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONNIE MOEN, | ) |
|           Plaintiff, | ) |
| vs. | ) Case No. CIV-15-756-M |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration, | ) |
|           Defendant. | ) |

## ORDER

On August 19, 2016, United States Magistrate Judge Charles B. Goodwin issued an Amended Report and Recommendation[1] in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by September 2, 2016. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Amended Report and Recommendation [docket no. 20] issued by the Magistrate Judge on August 19, 2016, and

---

[1] On August 17, 2016, the Magistrate Judge issued a Report and Recommendation [docket no. 19] in this case. The Amended Report and Recommendation supersedes and replaces the prior Report and Recommendation.

(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 13th day of September, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE